# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CHANGE IN NAME/CONTACT INFORMATION

Name, address, e-mail address, fax number, and phone number changes must be immediately reported to the Clerk's Office. You may fax this change of name/contact information form to (804) 916-2713. The fax number may be used only for that purpose. This form may be mailed to United States Court of Appeals, 1100 E. Main Street, Suite 501, Richmond, VA 23219-3517, or may be filed electronically and thereby served on opposing counsel in your pending cases.

This form is used to update counsel's information in the Fourth Circuit's CM/ECF database. It does not update counsel's information in the district court's database or the judicial conference database and does not affect counsel's involvement in a case. A motion to withdraw or notice of withdrawal must be filed in any case in which counsel wishes to terminate participation.

**THE CLERK IS HEREBY NOTIFIED OF THE FOLLOWING CHANGE(S)
(PLEASE PRINT OR TYPE LEGIBLY)**

DATE EFFECTIVE: 01/21/14

CHANGE APPLIES TO:   ● (attorney/party only)
                     ○ (entire firm)

| PREVIOUS INFORMATION | NEW INFORMATION |
|---|---|
| Name: James F. Segroves | Name: James F. Segroves |
| Firm Name: Proskauer Rose LLP | Firm Name: Hooper, Lundy & Bookman, P.C. |
| Address:<br>1001 Pennsylvania Avenue, NW<br>Suite 400 South<br>Washington, DC 20004 | Address:<br>975 F Street, NW<br>Suite 1050<br>Washington, DC 20004 |
| Phone #: (202) 416-6871 | Phone #: (202) 580-7710 |
| Fax #:  (202) 416-6899 | Fax #:  (202) 580-7719 |
| E-mail: jsegroves@proskauer.com | E-mail: jsegroves@health-law.com |

01/27/14                                /s/ James F. Segroves
Date                                    Signature

06/25/2012
JJQ