Filed: August 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2176**
(6:12-cv-00052-NKM-RSB)

ELDERBERRY OF WEBER CITY, LLC, a Virginia limited liability company,

        Plaintiff - Appellee,

   v.

LIVING CENTERS – SOUTHEAST, INCORPORATED, a North Carolina corporation; FMSC WEBER CITY OPERATING COMPANY, LLC, a Delaware limited liability company; CONTINIUMCARE OF WEBER CITY, LLC, a Florida limited liability company; MARINER HEALTH CARE, INCORPORATED, a Delaware corporation,

        Defendants - Appellants.

O R D E R

Upon consideration of the Appellants' Petition for Panel Rehearing and request to amend the opinion,

The Court grants the petition and amends its opinion filed July 21, 2015, as follows:

On page 16, line 19, the words "that accrued prior to termination of the lease" are added after "non-rent damages."

Also, on page 10, in the block quotation, section 7.(3)(b), line 2, the word "the" following the word "reenter" is deleted.

For the Court – By Direction

/s/ Patricia S. Connor
        Clerk